EMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JANE DOE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   JUNE 24, 2025   *
BROOKLYN OFFICE

NOTICE OF MOTION

Criminal Docket No. 25-CR-(211)

Judge Frederic Block
Magistrate Judge Taryn A. Merkl

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JANE DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
             June 24, 2025

                                       JOSEPH NOCELLA, JR.
                                       United States Attorney
                                       Eastern District of New York
                                       Attorney for Plaintiff
                                       271 Cadman Plaza East
                                       Brooklyn, New York 11201

                      By:    */s/ Erin Reid*
                                       Erin Reid
                                       Assistant United States Attorney
                                       (718) 254-7000

Cc:    Clerk of the Court
        Counsel of Record